IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Stovall, Gloria J | Case Number: 07 B 18383 |
|---|---|
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/24/09 | Filed: 10/6/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed - No Disch: December 29, 2008
Confirmed: December 4, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 7,152.12 | |
| Secured: | | 185.85 |
| Unsecured: | | 2,189.46 |
| Priority: | | 0.00 |
| Administrative: | | 2,847.00 |
| Trustee Fee: | | 325.33 |
| Other Funds: | | 1,604.48 |
| Totals: | 7,152.12 | 7,152.12 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 2,847.00 | 2,847.00 |
| 2. | Home Loan Services | Secured | 0.00 | 0.00 |
| 3. | Home Loan Services | Secured | 33,764.16 | 185.85 |
| 4. | Commonwealth Edison | Unsecured | 292.33 | 292.33 |
| 5. | Premier Bankcard | Unsecured | 574.00 | 574.00 |
| 6. | Peoples Energy Corp | Unsecured | 457.26 | 448.69 |
| 7. | Impact Cash USA | Unsecured | 229.30 | 130.00 |
| 8. | Jefferson Capital Systems LLC | Unsecured | 321.55 | 321.55 |
| 9. | Portfolio Recovery Associates | Unsecured | 422.89 | 422.89 |
| 10. | Impact Cash USA | Unsecured | 130.00 | 0.00 |
| 11. | Fbcs Inc | Unsecured | | No Claim Filed |
| 12. | Arrow Financial Services | Unsecured | | No Claim Filed |
| 13. | CitiFinancial | Unsecured | | No Claim Filed |
| 14. | Fbcs Inc | Unsecured | | No Claim Filed |
| 15. | Guardian Financial | Unsecured | | No Claim Filed |
| 16. | Upfront Payday | Unsecured | | No Claim Filed |
| 17. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 18. | Tex Collect/Colection Agency | Unsecured | | No Claim Filed |
| 19. | United Cash Loans | Unsecured | | No Claim Filed |
| 20. | Ameriloan | Unsecured | | No Claim Filed |
| | | | $ 39,038.49 | $ 5,222.31 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Stovall, Gloria J

Printed: 03/24/09

Case Number: 07 B 18383
Judge: Goldgar, A. Benjamin
Filed: 10/6/07

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 173.13 |
| 6.5% | 152.20 |
|  | $ 325.33 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

